AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Kansas

**FILED**
U.S. District Court
District of Kansas

1/2/2025

Clerk, U.S. District Court
By___AA___ Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) |
| Information associated with Facebook User ID | ) |
| 100081220982785 | ) |
| further described in Attachment A | ) |

Case No. 25-M- 6003 -01-BGS

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
  Information associated with Facebook User ID
  100081220982785
  further described in Attachment A

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

❏ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875 | Interstate Threatening Communications |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT OF PROBABLE CAUSE

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brittany Bayles, SA, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me telephonically.

Date: ___1/2/2025___

*Judge's signature*

City and state:  ___Wichita, Kansas___

Honorable Brooks G. Severson, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES FOR DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**IN THE MATTER OF THE SEARCH OF**
**INFORMATION ASSOCIATED WITH**
**FACEBOOK ACCOUNT:**

**USER ID: 100081220982785**
**ACCOUNT NAME: MATT BUCKLES**

**THAT ARE STORED AT PREMISES**
**CONTROLLED BY META PLATFORMS, INC.**

**Case No.**  25-6003-BGS

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Brittany A. Bayles, Special Agent of the Federal Bureau of Investigation, being first duly

sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I have been employed as a Special Agent of the FBI since February 2022. I am

currently assigned to the FBI Kansas City Division, Wichita Resident Agency.  As a Special Agent

of the FBI, I am authorized to investigate violations of laws of the United States, and I am a law

enforcement officer with authority to execute arrest and search warrants under the authority of the

United States, including violations of Title 18 United States Code § 875. I have participated in a

wide variety of criminal investigations, to include violent crime, crimes against children, human

trafficking, major theft, and other federal crimes. I have participated in the preparation and

execution of many search warrants, including, but not limited to, those involving Interstate

Communications.

2.      The information in this affidavit is information known to me as a result of my

participation in this investigation or is information that has been communicated to me by other law

enforcement investigators involved in this investigation. Since this affidavit is being submitted for the limited purpose of supporting a search warrant, I have not included each and every fact known to me concerning this investigation.  Instead, I have set forth only those facts that I believe are necessary to establish the existence of probable cause to support a search warrant.

3.     As will be shown below, there is probable cause to believe that the information associated with the **Facebook account User ID: 100081220982785; Account Name: Matt Buckles (TARGET ACCOUNT)** as described in Attachment A will contain evidence of Interstate Communications, in violation of Title 18, United States Code § 875. I submit this application and affidavit in support of a search warrant authorizing the search of the TARGET ACCOUNT described in Attachment A. I seek authorization to seize and examine evidence, fruits, and instrumentalities of the foregoing criminal violations, which relate to the aforementioned criminal violations, and as further described in Attachment B.

## INVESTIGATION/PROBABLE CAUSE

4.     On or about December 20, 2024, the FBI National Threat Operations Center received a report from Google LLC (hereinafter referred to as "Google") regarding threatening communications that were intercepted by their company on Google YouTube account "Biscuits Brown". Google provided the subscriber information as follows:

     a.  Name: Biscuits Brown

     b.  E-Mail: matt36756@gmail.com

     c.  YouTube Channel:
       https://www.youtube.com/channel/UCob2jp8HVsQyuDGfiXAmuUQ

     d.  Created on: 2024-03-14 14:37:59 Z

     e.  Terms of Service IP: 2607:fb91:1aee:84b4:ac39:b778:83d8:6be1

     f.  Birthday (Month Day, Year): July 11, 1972

g.  Last Updated Date: 2024-12-19 20:21:29 Z

h.  Last Logins: 2024-12-19 20:21:29 Z, 2024-12-19 16:24:41 Z, 2024-12-18 18:24:49 Z

i.  ACCOUNT RECOVERY Contact E-Mail: matt36756@gmail.com

5.      The following content was voluntarily provided to the FBI by Google due to protocols put in place for threat to life incidents. The **communications** provided from Google were associated with the matt36756@gmail.com:

a.  Comment ID: Ugzi128r4d_3CyS60fV4AaABAg.ACEY4IQbu7VACEaJvcLzfw
Comment Date: Dec 19, 2024 | 8:39 AM PST
Video Comment was posted: https://www.youtube.com/watch?v=X96_osgbzXg
Comment Text: **@d-fens-1993 let your son be murdered and see what your reaction is. I will get my revenge**

b.  Comment ID: Ugzi128r4d_3CyS60fV4AaABAg
Comment Date: Dec 19, 2024 | 8:10 AM PST
Video Comment was posted: https://www.youtube.com/watch?v=X96_osgbzXg
Comment Text: **Im to the point i don't care about any laws. And im never going to jail and will take as many with me. Mark my words i will get my revenge**

c.  Comment ID: Ugxc-5B6qY04OnzIzH14AaABAg
Comment Date: Dec 19, 2024 | 7:58 AM PST
Post ID Comment was posted: Ugkxa5VDxRfPKGgEnu0yzQx_PqdJ_rPdb5zi
Comment Text: **My son was murdered and in one week I will kill those who killed him.**

d.  Comment ID: UgxmuoHNA10HlFcPQfV4AaABAg
Comment Date: Dec 19, 2024 | 7:57 AM PST
Video Comment was posted: https://www.youtube.com/watch?v=g7Abh0XFW3k
Comment Text: **I plan on taking revenge soon very soon in a week as a matter of fact.**

e.  Comment ID: UgyGCrCLDQa9OBr-ZN94AaABDqgBoMTnjAI
Comment Date: Dec 9, 2024 | 12:18 PM PST
Video Comment was posted:
https://www.youtube.com/watch?v=Z_6cCDZdMGE
Comment Text: **I'm one of them I'm about to go after those in the company that murdered my son at work. OSHA said the company knowingly and willfully kill my son. Now I'm going to kill them**

6.      Based on the subscriber information provided by Google and database searches the subject was identified as MATTHEW JOHN BUCKLES (hereinafter referred to as BUCKLES); Date of Birth: July 11, 1972. The last login information provided by Google for BUCKLES was December 19, 2024, at 9:29 p.m. UTC indicating the account was still active.

<u>**Second complaint involving Buckles**</u>

7.      On or about August 14, 2024, the FBI National Threat Operations Center received a report from Google regarding threatening communications that were intercepted by their company on Google YouTube account "Matt". Google provided the subscriber information for "Matt" as follows:

a.  Google Account ID: 584539851082

b.  Name: Matt

c.   E-mail address: matt36756@gmail.com

d.  Created on: 2024-03-14 14:37:59 Z

e.  Terms of Service IP: 2607:fb91:1aee:84b4:ac39:b778:83d8:6be1

f.  Birthday (Month Day, Year): July 11, 1972

g.  Last Updated Date: 2024-08-20 07:40:24 Z

h.  Last Logins: 2024-08-20 07:40:24 Z, 2024-08-19 07:01:54 Z, 2024-08-18 16:39:44 Z

i.  Most recent IP address: 12.6.118.137 | 2024-08-20 07:40:24 Z (see attached for additional IP addresses)

j.  Last located: Wichita, Sedgwick County, Kansas

8.      The following content was voluntarily provided to the FBI by Google due to protocols put in place for threat to life incidents. The **communications** provided from Google were associated with the TARGET ACCOUNT:

a.  Comment ID: UgyoiyGFBJUVqCT2r114AaABAg
    Comment Date: 2024-08-17 16:22:36 PST

Video comment was upload on:
https://www.youtube.com/watch?v=Bd9SUzsFp_E
Comment Text: **U.S. Government is a terrorist organization that must be destroyed. Both parties.**

b.   Comment ID: UgxY2HIrUSykKIlxNAV4AaABAg
Comment Date: 2024-08-17 11:53:15 PST Video comment was upload on:
https://www.youtube.com/watch?v=xMsgt2M0sXY
Comment Text: **U.S. Government is a terrorist organization that must be totally destroyed.**

c.   Comment ID: Ugy9tibgieUcZrW1-qV4AaABAg
Comment Date: 2024-08-17 11:45:21 PST
Video comment was upload on:
https://www.youtube.com/watch?v=bKJ6XQScf_M
Comment Text: **I'll come after physically**

d.   Comment ID: UgzyQRXTNNSn466Z2Bx4AaABAg
Comment Date: 2024-08-17 10:49:59 PST
Video comment was upload on:
https://www.youtube.com/watch?v=IxPmdeRaPQ4
Comment Text: **I'd find where the cop's live and get street justice**

e.   Comment ID: UgwXUUr1w4vNFac0Skt4AaABAg
Comment Date: 2024-08-17 10:39:09 PST
Video comment was upload on:
https://www.youtube.com/watch?v=Wx7gHRM52PY
Comment Text: **Ill find where you live and get street justice**

f.   Comment ID: UgyolHOfJadaWkNguxx4AaABAg
Comment Date: 2024-08-14 6:38:28 PST
Video comment was upload on:
https://www.youtube.com/watch?v=wBzgQsXNL0I
Comment Text: **It's time to attack them. Media and Government are terrorist organizations**

g.   Comment ID: Ugx5glVYrocAhsVsrjh4AaABDqgB6ND-lwI
Comment Date: 2024-08-13 15:29:02 PST
Video comment was upload on:
https://www.youtube.com/watch?v=h_hwVzRmHyI
Comment Text: **I think your full of shit. I tried being good and nice and all it got me was my son murdered at work by his employer. soon I will go and kill everyone involved**

h.   Comment ID: Ugw2yqMykY0HXOoA0I14AaABAg
Comment Date: 2024-08-13 15:14:20 PST

Video comment was upload on:
https://www.youtube.com/watch?v=yKFtdryKOGE
Comment Text: **I will shoot cops that come to my door.**

i.  Comment ID: UgwxiIAtLLowaM5a8PB4AaABAg
    Comment Date: 2024-08-13 15:01:19 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=XGgDH_vGa2M
    Comment Text: **I will start killing these MF. Just wait and watch**

j.  Comment ID: UgwlHzlgU0FE-_W_93p4AaABAg
    Comment Date: 2024-08-13 14:42:36 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=XGgDH_vGa2M
    Comment Text: **I ready to start killing these MF**

k.  Comment ID: Ugxexkr-6jFyx2IoILF4AaABAg
    Comment Date: 2024-08-13 11:09:43 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=Igt_fW0MsCc
    Comment Text: **I want to wipe out all politicians, police and elite's**

l.  Comment ID: UgwvwuCBlPddHxQO6dl4AaABAg
    Comment Date: 2024-08-10 14:02:52 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=e3jvAbV1pFs
    Comment Text: **Just find his house and do the same thing to him. Pig**

m.  Comment ID: Ugyo5zoYw-UxlFayUzZ4AaABAg
    Comment Date: 2024-08-10 9:54:14 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=x_9pxDFkxbI
    Comment Text: **Ill find your home cop's and come visit you**

n.  Comment ID: UgwUXjbAqYgtT_W9sMB4AaABAg
    Comment Date: 2024-08-10 9:45:19 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=0evPY_qWvfE
    Comment Text: **Time is coming to take down the government**

o.  Comment ID: Ugxf_2frYBFl7xrbdQ14AaABAg
    Comment Date: 2024-08-09 12:23:37 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=RIT7FUDl_YU
    Comment Text: **All I have to say is if you are of Latino descent you better run. A civil war is coming and you are the target**

p.  Comment ID: UgwZfEdlQg5itmQh4sB4AaABAg
    Comment Date: 2024-08-09 12:21:32 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=RY0fjUqO9M
    Comment Text: **I will adding his home address to my list**

q.  Comment ID: UgwlyBlnNuGKzUmP7Lh4AaABAg
    Comment Date: 2024-08-09 11:26:09 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=0W5Z9_gv8p8
    Comment Text: **Better not come around me I'll end your life**

r.  Comment ID: Ugy4nok3bCEGNz-otyp4AaABAg
    Comment Date: 2024-08-09 11:02:45 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=-huCS7nxG8Q
    Comment Text: **I have no problem shooting cop's**

s.  Comment ID: UgxqrvlSMWorgxond7t4AaABAg
    Comment Date: 2024-08-08 16:59:33 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=f7WrUTn833I
    Comment Text: **I'd rather use deadly force against cop's**

t.  Comment ID: Ugwnp_3DRDJ98pHsif54AaABAg
    Comment Date: 2024-08-08 16:27:19 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=Q73WlNoCVyo
    Comment Text: **I have guns and will use them on cop's**

u.  Comment ID: Ugw1TZbXitNGr6r3Qjh4AaABDqgB6KyLjgI
    Comment Date: 2024-08-07 13:28:04 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=B9gOkvKivLU
    Comment Text: **we must wipe out elite's and governments**

v.  Comment ID: UgwsEWZvI8Squ6eS4114AaABDqgB7r-4jQI
    Comment Date: 2024-08-07 13:22:18 PST
    Video comment was upload on:
    https://www.youtube.com/watch?v=B9gOkvKivLU
    Comment Text: **we have to start killing these people**

w.  Comment ID: Ugz840SthEGkswrT7Z94AaABDqgBxYDQmQI
    Comment Date: 2024-08-07 13:16:50 PST

Video comment was upload on:
https://www.youtube.com/watch?v=B9gOkvKivLU
Comment Text: **I view all U.S. soldiers as terrorist and will treat them accordingly**

x.   Comment ID: Ugy4OqJbO_DETNicScB4AaABDqgBo8WUlgI
Comment Date: 2024-08-07 13:13:39 PST
Video comment was upload on:
https://www.youtube.com/watch?v=B9gOkvKivLU
Comment Text: **see I'm the mother fuckers that would find out where the recruiters live and I would go straight to their home and can use your imagination**

y.   Comment ID: Ugw_n_HkEMLYLU7bIJJ4AaABAg
Comment Date: 2024-08-07 12:59:52 PST
Video comment was upload on:
https://www.youtube.com/watch?v=WidUrW6tMq4
Comment Text: **I'd put my gun right in their face. I fear no pig.**

z.   Comment ID: UgzA4DG9FVcndn2amD94AaABAg
Comment Date: 2024-08-06 17:29:46 PST
Video comment was upload on:
https://www.youtube.com/watch?v=XxlfrCd3Ubw
Comment Text: **I make it a point to find out where cop's live.**

aa.  Comment ID: UgxY34MKflKS0xF2QIl4AaABAg
Comment Date: 2024-06-30 14:40:03 PST
Video comment was upload on:
https://www.youtube.com/watch?v=tbnY3OAP6bM
Comment Text: **All cop's are terrorist and should be treated accordingly**

bb.  Comment ID: Ugyb_hJgYU0LunGGjMZ4AaABAg
Comment Date: 2024-08-17 8:20:12 PST
Video comment was upload on:
https://www.youtube.com/watch?v=eitomutxQYU
Comment Text: **I killed a few imagrants and no will find their bodies**

### Third complaint involving Buckles

9.      On or about July 14, 2020, the FBI National Threat Operations Center received a report from an anonymous tipster regarding threatening communications towards law enforcement from YouTube user "Here we go again". The tipster provided the following comment, "this is good news. Police have no moral authority over anyone. I'll do the same if they try stopping me". These

comments were made on a video regarding a Bothell Police Officer who had been shot in Bothell, Washington.

10.    Through further legal process, it was discovered "Here we go again" was associated with email address "wolpematthew@gmail.com". This email had logged in several times via IPV6 addresses returning to T-Mobile. Legal process revealed the subscriber to the IPV6 addresses as Matt Buckles of 2712 E 13th St. N, Wichita, Kansas 67214. Database checks indicated Matthew J Buckles, Date of Birth: July 11, 1972, was recently associated to 619 Harding St., Wichita, Kansas 67208.

## Execution of federal arrest warrant at Economy Hotel Plus

11.    On or about December 20, 2024, at approximately 6:00 p.m., a federal arrest warrant was issued in the United States District Court- the District of Kansas by Magistrate Judge Brooks G. Severson for MATTHEW JOHN BUCKLES; Date of Birth: July 11, 1972.

12.    On or about December 20, 2024, the federal arrest warrant was executed at Economy Hotel Plus located at 5805 W Kellogg Dr., Room 2072, Wichita, Kansas 67209. BUCKLES was arrested and transported to the FBI Wichita Resident Agency for an interview.

13.    During Buckles' arrest, a cell phone was located on his person. The cell phone was black in color with the word "Vortex" on the back. The cell phone was in a clear case containing a piece of paper with phone numbers and an email address written in ink. The email address on the paper read matt36756@gmail.com. The cell phone was collected pursuant to arrest with potential evidence contained on the device.

## Interview of Michelle Buckles

14.    On or about December 20, 2024, Michelle Buckles (hereinafter referred to as "Michelle") was advised of the reason for her husband's arrest. During advisement, Michelle stated

BUCKLES gets hot headed sometimes and says things on the internet that he should not say. Michelle expressed the frustrations her family has had with the workplace death of their son in August 2022 and BUCKLES feels strongly about the incident.

### Interview of Matthew John Buckles

15.    On or about December 20, 2024, BUCKLES was advised of his Miranda warning and agreed to speak with Agents relating to his arrest. BUCKLES shared information regarding the death of his son in August 2022 and the frustrations he has had with investigation surrounding his son.

16.    BUCKLES admitted to submitting a review on the company website that he believed was responsible for his son's death. Within the review, BUCKLES expressed his frustrations and advised he would get his revenge. BUCKLES later stated he meant to type the word "financial" before revenge when submitting his comment.

17.    BUCKLES advised he watched videos online and leaves comments for the videos. BUCKLES stated it was a possibility that he made comments on YouTube about his son's death and the revenge he would get on the company his son worked for.

### Interview of FabPro Polymers Employee

18.    On or about December 30, 2024, FBI conducted an interview of an employee at FabPro Polymers (hereinafter referred to as "employee").

19.    Employee advised since August 2024, FabPro Polymers has implemented security 24 hours a day, 7 days a week for their business locations due to the threats made by BUCKLES. The company had to close all of their plants between December 24, 2024 through January 1, 2025 due to security not being available and the company wanting to mitigate any further risk to their employees from BUCKLES.

20.     Employee discussed further acts taken by company personnel to provide safety for their employees. Employee stated BUCKLES' publicly available Facebook account had been monitored due to previous threats being posted online. Employee advised Facebook posts from BUCKLES' Facebook account had been observed to post that he would get his revenge and asking if anyone wanted to take a trip to Kingman (where FabPro Polymers is located). Employee advised these posts were concerning due to the history between FabPro Polymers and the BUCKLES' family.

### Review of BUCKLES' publicly available Facebook Account

21.     Following disclosure of threats made via Facebook, your affiant undertook a search for the Facebook account associated with BUCKLES. Your affiant identified **Facebook account User ID: 100081220982785; Account Name: Matt Buckles (TARGET ACCOUNT)** as a Facebook account operated by BUCKLES, based upon publicly available and observable content. This included:

    a.  The profile included photographs of BUCKLES' son as well as an image of a window decal that appears to be the same decal as the one that is on the rear window of the vehicle BUCKLES was seen operating and which is registered to BUCKLES.

    b.  On or about March 5, 2023, BUCKLES posted "For the next week or so, I'm warning you. Don't come at me in anyway. You may just see [Redacted name of BUCKLES's deceased son] if you do."

    c.  On or about May 28, 2023, BUCKLES posted a YouTube video on his Facebook account titled, "He murdered his mother's killers for revenge, villain or hero?" with a comment of "Revenge is best served cold".

    d.  On or about July 4, 2023, BUCKLES posted "11 months and my anger grows. This is why I can't be around you." This date was 11 months after BUCKLES' son was killed in a workplace incident at FabPro Polymers, on August 4, 2022.

    e.  On or about July 9, 2023, BUCKLES posted "Who down to ride to Kingman this week with me."

    f.  On or about July 11, 2023, BUCKLES posted "All I want it to die."

      g.   On or about December 29, 2023, BUCKLES posted "I can't shake the feelings that this was my last year alive. So be it. I'm ready."

## BACKGROUND ON FACEBOOK

22.     Meta Platforms, Inc. owns and operates a free-access social networking website known as "Facebook" that can be accessed at http://www.facebook.com.

23.     Facebook allows users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

24.     A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request". If the recipient of a "Friend Request" accepts the request, then the two users with become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Likewise, users can "unfriend" (remove) previously "friended" users, as well as "unfollow" or "block" certain profiles. Facebook retains records of these interactions in the profile's "connections" in the "activity log" for the profile.

25.     Facebook offers users a variety of ways to interact with other users, frequently through the posting of pictures or video or "status" updates about their whereabouts and actions. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or

her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

26.    Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. This type of information can be critical to determining who was the user at a particular moment – for instance, a user who posts a "selfie" with metadata indicating the picture was taken immediately preceding the posting, and posted from the user's home reveals both their identity, the timing of the use of the device, and their location, all of which helps confirm who was using the account at that moment. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted.

27.    Facebook users can exchange private messages on Facebook with other users. Facebook has a chat feature (Messenger) that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

28.    Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding or blocking someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

29.    Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information, News Feed information; status updates; links to videos,

photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends'

Facebook suer identification numbers; groups and networks of which the user is a member,

including the groups' Facebook group identification numbers; future and past event postings;

rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access

and use of Facebook applications.

30.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.

These logs may contain information about the actions taken by the user ID or IP address on

Facebook, including information about the type or action, the date and time of the action, and the

user ID and IP address associated with the action. For example, if a user views a Facebook profile,

that user's IP log would reflect the fact that the user viewed the profile and would show when and

from what IP address the user did so.

31.     Social networking providers like Meta Platforms, Inc. typically retain additional

information about their users' accounts, such as information about the length of service (including

start date), the types of service utilized, and the means and source of any payments associated with

the service (including any credit card or bank account number). In some cases, Facebook users

may communicate directly with Facebook about issues relating to their accounts, such as technical

problems, billing inquiries, or complaints from other users. Social networking providers like Meta

Platforms, Inc. typically retain records about such communications, including records of contacts

between the user and the provider's support services, as well as records of any actions taken by

the provider or user as a result of the communications.

32.     As explained herein, information stored in connection with a Facebook account

may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal

conduct under investigation, thus enabling the United States to establish and prove each element

of alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Meta Platforms, Inc. can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messages logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical locations associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "Friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

33.     Therefore, the computers of Meta Platforms, Inc. are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

34.     While this account is believed to be operated by BUCKLES, it is important for investigators to collect evidence of user attribution to rebut any claims that, at the time of a particular communication or message, the account was operated by someone else. For this reason, your Affiant seeks evidence beyond mere messaging, to include subscriber information, IP logs, photos, and items outlined in Attachment B.

## CONCLUSION

35.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe on the computer systems in the control of Meta Platforms, Inc. there exists evidence of crime, Title 18, United States Code § 875. Accordingly, a search warrant is requested.

36.     This Court has jurisdiction to issue the request warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(C)(1)(A). Specifically, the court is a "district court of the United States that has jurisdiction over the offense being investigated," 18 U.S.C. § 2711(3)(A)(i).

37.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer not required for the service or execution of this warrant.

Brittany A. Bayles
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this  2nd  day of January, 2025.

HONORABLE BROOKS G. SEVERSON
United States Magistrate Judge

## ATTACHMENT A

### Property to be Searched

This warrant applies to information associated with the Facebook account as follows:

      User ID: **100081220982785**
      Account Name: **Matt Buckles**

that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

I.    **Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Meta Platforms, Inc., or have been preserved pursuant to a request made under 18 U.S.C § 2703(f), Meta Platforms, Inc. is required to disclose the following information to the government for each user ID listed in Attachment A, **for the period between August 4, 2022 to present**:

    a.    All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

    b.    All activity logs for the account and all other document showing the user's posts and other Facebook activities;

    c.    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

    d.    All profile information; News Feed information; Status updates; links to videos, photographs, articles, and other items; notes; wall postings; friends lists, included the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; tags; and information about the user's access and use of Facebook applications;

    e.    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

    f.    All "check ins" and other location information;

    g.    All IP logs, including all records of the IP addresses that logged into the account;

h.    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

i.    All information about the Facebook pages that the account is or was a "fan" of;

j.    All past and present lists of friends created by the account;

k.    All records of Facebook searches performed by the account;

l.    The types of service utilized by the user;

m.    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

n.    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

o.    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of Title 18, United States Code § 875, involving MATTHEW JOHN BUCKLES including, for the account or identifier listed on Attachment A, information pertaining to the following matters:

a.    Evidence indicating the identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s) relative to the crimes under investigation;

b.    Evidence indicating the Facebook account owner's state of mind or motivation as it relates to the crimes under investigation;

c.    Evidence, including records of communications, messages, video uploads, photo uploads, check-ins, friend requests, tags, searches or other

information indicating the targeting of the company, its affiliates, or its employees described in the attached affidavit;

d.    Evidence, including records of communications, messages, video uploads, photo uploads, and other information which discusses, plans, edits, repeats, or evinces awareness of the threatening communications described in the attached affidavit;

e.    Evidence of the identity of the person(s) who sent to and/or received communications from the Facebook account regarding matters referenced in (c) and (d) above, including records that help reveal whereabouts of such person(s).